WHEELER LINDSEY *ver-sus* JOSIAH BARKER, JACOB BARKER, DAVID S. LYON, AND THE NEW YORK LIFE INSURANCE COMPANY SOMETIMES CALLED THE LIFE AND FIRE INSURANCE COMPANY.

JOURNAL ENTRIES (1835): *Journal 5:* (1) Motion to dissolve injunction *p. 66; (2) rule to appear and for notice of publication *p. 71.

PAPERS IN FILE: [None]

*Chancery Case . . . . of . . . .*